NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|   |   |
|---|---|
| HOSSAM A. ALI, | |
| *Plaintiff*, | Civil Action No. 25-14413 |
| v. | |
| ANN KLIEN FORENSIC CENTER, et al., | **OPINION AND ORDER** |
| *Defendant*. | June 5, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** is before this Court upon *pro se* Plaintiff Hossam A. Ali's ("Plaintiff") filing of a Complaint and an application to proceed *in forma pauperis* (ECF 1, "Complaint" or "Compl."), and this Court having *sua sponte* reviewed the Complaint for sufficiency pursuant to 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 8(a); and

**WHEREAS** a district court may allow a plaintiff to commence a civil action by either (1) paying the filing fee as required by 28 U.S.C. § 1914 and the administrative fee as required by the District Court Miscellaneous Fee Schedule or (2) submitting an application to proceed *in forma pauperis*—so long as the plaintiff submits an affidavit demonstrating they are "unable to pay such fees," and;

**WHEREAS** having reviewed Plaintiff's application, the Court finds leave to proceed *in forma pauperis* is warranted, and the application is **GRANTED**; and

**WHEREAS** the legal standard for lack of subject-matter jurisdiction under 28 U.S.C. § 1331 or 1332 is the same as that applied under Federal Rule of Civil Procedure 12(b)(1) and 12(h)(3). *See Buethe v. Britt Airlines*, 749 F.2d 1235, 1238 (7th Cir. 1984). *Pro se* complaints are "liberally construed" and "held to less stringent standards than formal pleadings drafted by

1

lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (quotation marks omitted); see also Fed. R. Civ. P. 8(e). However, a *pro se* complaint must still comply with Federal Rule of Civil Procedure 8, which requires "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a)(2), that "give[s] the defendant fair notice of what the claim is and the grounds upon which it rests." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (alteration and citation omitted). Factual allegations "must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1). The factual allegations in a complaint are generally accepted as true, but legal conclusions are not. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The complaint must contain "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do. Factual allegations must be enough to raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555; and

**WHEREAS** the Basis for Jurisdiction, as provided in the Complaint, would grant the Federal Court subject-matter jurisdiction for the case at present. The Eleventh Amendment of the U.S. Constitution is a jurisdictional bar which deprives federal courts of subject-matter jurisdiction except in cases of a Federal Question, Diversity of Citizenship, or the U.S. Government being a party in the matter. *See O'Brien v. Orphans Ct. of Montgomery Cnty.*, 2025 U.S. Dist. LEXIS 211412 (2025). AKFC is listed in the Complaint as a U.S. Government Defendant, which fulfills the U.S Government party requirement for subject-matter jurisdiction; and further

Accordingly, **IT IS** on this 5th day of June, 2026,

**ORDERED** that the application to proceed *in forma pauperis* is **GRANTED**; and it is further

**ORDERED** that Plaintiff's assault claim against Defendants AKFC and employees, in their collective and individual capacities, shall **PROCEED**; and it is further

**ORDERED** that the Clerk shall issue summonses as to Defendants AKFC and employees; and it is further

**ORDERED** that, because Plaintiff is proceeding *in forma pauperis*, service of the Complaint shall be made by the United States Marshals Service pursuant to 28 U.S.C. § 1915(d); and it is further

**ORDERED** that Plaintiff shall provide the Court with completed U.S. Marshal Forms for Defendants AKFC and employees within thirty (30) days of the entry of this Order

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**
